FILED
JUL 29 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. |
| DESTRUCTION OF ABANDONED PROPERTY SEIZED BY UNITED STATES OFFICERS IN THE EASTERN DISTRICT OF MISSOURI | ) ) ) ) | 4:11MC435 CDP |

## ORDER

The U.S. Probation Office comes before the Court requesting the Court to enter an order of destruction authorizing the destruction of one .38 caliber Smith and Wesson, revolver, Serial number 157824 and one .38 caliber, Colt, revolver, Serial number 505171. The property is in the care, custody and control of the Probation Office. The owner(s) of the weapons are unknown and attempts to locate the owner(s) have been unsuccessful. The U.S. Probation is asking the Court for an Order authorizing the destruction of these items

Dated this 29th day of July, 2011.

_____
Catherine D. Perry
Chief United States District Judge

I:\RLW\SRT\Destruction of Evidence Order.wpd